**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>PAYLINK PAYMENT PLANS, LLC, )<br><br>Defendant. ) | Case No. 22-cv-01225<br><br>Honorable |

**DEFENDANT PAYLINK PAYMENTE PLANS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Paylink Payment Plans, LLC, by and through their undersigned counsel, makes the following disclosure:

PayLink Payment Plans, LLC is owned by the parent company OP Group Holdings, LLC. CF OMS, LLC and Paylink Holdings, Inc. own more than 10% of the stock of OP Group Holdings, LLC.  None of these entities are publicly traded corporations.

Dated: April 25, 2022                                    **PAYLINK PAYMENT PLANS, LLC**


                                                                        By: /s/ Heather L. Maly


Ice Miller LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606
(312) 726-1567
heather.maly@icemiller.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 25, 2022, she caused the foregoing to be electronically filed with the Clerk of Court for the Eastern District of New York using the CM/ECF system, which will send notification to all counsel of record.

/s/ Heather L. Maly