| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** June 13, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 3:04 p.m. |
| | **END:** 3:48 p.m. |

**DOCKET NO:** 22-cv-1225-KAM-RLM

**CASE** Bank v. PayLink Payment Plans, LLC

| | |
|---|---|
| X   INITIAL CONFERENCE | ☐   OTHER/*CHEEKS* HEARING |
| ☐   DISCOVERY CONFERENCE | ☐   FINAL/PRETRIAL CONFERENCE |
| ☐   SETTLEMENT CONFERENCE | X   TELEPHONE CONFERENCE |
| ☐   MOTION HEARING | ☐   INFANT COMPROMISE HEARING |

| PLAINTIFF | ATTORNEY |
|---|---|
| | Todd C. Bank |

| DEFENDANT | ATTORNEY |
|---|---|
| | Heather Lynn Maly and Dylan Cattie |

X   FACT DISCOVERY TO BE COMPLETED BY  October 14, 2022
☐   SETTLEMENT CONFERENCE SCHEDULED FOR  _____
☐   JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY  _____
☐   PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

**RULINGS:**  **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference.  As set forth on the record, the Court treats defendant's pending motion for a premotion conference (DE #14) as a motion to bifurcate class discovery; the Court grants defendant's motion in part, on consent, and defers class discovery until after discovery on the underlying claim has been completed.  The Court overrules plaintiff's objection and directs the parties to file, by July 29, 2022, a joint letter-motion requesting that the discovery schedule be held in abeyance (in the event the parties have agreed to settle the case) or a referral to court-annexed mediation, as well as indicating the parties' preferred timeframe for mediation.  Pleadings for all parties may be amended and new parties added as of right by July 29, 2022.  Plaintiff's expert disclosures shall be served by October 14, 2022; defendant's expert disclosures are due by November 18, 2022.  The parties are to complete expert depositions by December 16, 2022.  Fact discovery must be completed by October 14, 2022.  The parties have until January 5, 2023, to request a premotion conference before Judge Matsumoto.