UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>                                     *Plaintiff*,<br><br>-against-<br><br>PAYLINK PAYMENT PLANS, LLC,<br><br>                                     *Defendant*. | 1:22-cv-01225-KAM-RLM<br><br>**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated: April 3, 2023

| | |
|---|---|
| *s/ Todd C. Bank*<br>TODD C. BANK,<br> ATTORNEY AT LAW, P.C.<br>119-40 Union Turnpike<br>Fourth Floor<br>Kew Gardens, New York 11415<br>(718) 520-7125<br>By Todd C. Bank<br><br>*Counsel to Plaintiff* | *s/ Heather L. Maly*<br>ICE MILLER LLP<br>200 West Madison Street<br>Suite 3500<br>Chicago, IL 60606<br>(312) 726-8107<br><br>By: Heather L. Maly<br><br>*Counsel to Defendant* |

**SO ORDERED.**

Dated: April 10, 2023